tion in its sentencing procedure because it correctly calculated the advisory guideline range, and it specifically addressed his reasons for participating in the offense, the seriousness of the offense, and the need for him to obtain an education while imprisoned. Espinoza–Mora also has not established that his sentence was substantively unreasonable. The district court placed great emphasis on the conduct and seriousness of the offense, and it concluded that 108 months' imprisonment—which was the lowest within-guidelines sentence available—was not greater than necessary to comply with the statutory purposes of sentencing and was reasonable and adequate. Accordingly, we affirm as to this issue.

**VACATED AND REMANDED IN PART, AFFIRMED IN PART.**[3]

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

John Phillip Fox, appointed counsel for Daniel Borjas, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Borjas's conviction and sentence are **AFFIRMED**.

---

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Daniel BORJAS, Defendant–Appellant.**

No. 08–10264

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 7, 2008.

John Philip Fox, Adams, Hemingway & Wilson, LLP, Macon, GA, for Defendant–Appellant.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Margaret MANUEL, Defendant–Appellant.**

No. 08–10611

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 7, 2008.

Margaret Manuel, Tallahassee, FL, pro se.

---

**3.** Appellant's request for oral argument is denied.